IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03051-LTB-MEH

ADRIANA M. RODRIGUEZ,

    Plaintiff,

v.

BOULDER COUNTY PUBLIC HEALTH, a Colorado Non-Profit Corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2012.**

    Before the Court is Defendant's Motion to Dismiss Plaintiff's Claims for Relief Under 42 U.S.C. § 1983 [filed January 23, 2012; docket #12]. Defendant's Motion is filed in response to Plaintiff's First Amendment to Complaint [docket #10], which adds a claim for relief under 42 U.S.C. § 1983 and attempts to supplement several paragraphs of Plaintiff's original complaint. Although Plaintiff's amended complaint is timely filed under Fed. R. Civ. P. 15(a)(1)(B), it is does not contain a full description of Plaintiff's claims. Because an amended pleading supercedes the original, any amended complaint must be complete in itself. Plaintiff's amended complaint is not. Therefore, Plaintiff's First Amendment to Complaint [docket #10] is hereby **stricken** and Defendant's Motion to Dismiss in response thereto [docket #12] is **denied as moot**.

    Plaintiff may file a complete amended complaint **on or before February 3, 2012**. Defendant shall file a response in accordance with Fed. R. Civ. P. 15(a).