IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03051-LTB-MEH

ADRIANA M. RODRIGUEZ,

      Plaintiff,

v.

BOULDER COUNTY PUBLIC HEALTH, a Colorado Non-Profit Corporation,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2012.**

      Defendant's Motion to Compel Disclosure of Attorney Participation [filed January 23, 2012; docket #13] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.  The Court reminds the parties that it "will not consider ***any motion***, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel. " D.C. Colo. LCivR 7.1A (emphasis added).  It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.*