**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-03051-LTB-MEH

ADRIANA M. RODRIQUEZ,

      Plaintiff,

v.

BOULDER COUNTY PUBLIC HEALTH, a Colorado Non-Profit Corporation,

      Defendant.

___

**ORDER**
___

The Magistrate Judge, by Recommendation filed March 9, 2012 (Doc 23), recommends that I grant Defendant's Motion to Dismiss (Doc 3) but grant Plaintiff leave to file an Amended Complaint within fourteen (14) days of my Order on Defendant's Motion to Dismiss.  Plaintiff has filed a First Amended Complaint on March 21, 2012 (Doc 25).

There have been no objections to the Magistrate's Recommendation but as noted, Plaintiff has complied with it by filing her First Amended Complaint.  Being duly advised, it is

ORDERED that Defendant's Motion to Dismiss (Doc 3) is DENIED AS MOOT and Plaintiff's First Amended Complaint (Doc 24) is accepted for filing.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED:   March 26, 2012