**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-03051-LTB-MEH

ADRIANA M. RODRIGUEZ,

      Plaintiff,

v.

BOULDER COUNTY PUBLIC HEALTH, a Colorado Non-Profit Corporation,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1) (Doc 42 - filed May 31, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                     s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE

DATED:   June 1, 2012